# In the United States District Court
# for the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| Brandon Walker, *individually and on behalf of all others similarly situated*, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | 2:24-cv-00088-LGW-BWC |
| Morgan & Morgan Jacksonville PLLC, a/k/a Morgan & Morgan Jacksonville LLC, and Brad Milkwick, | ) ) ) ) ) | |
| Defendants. | ) ) | |

## DISCLOSURE STATEMENT
## OF PARTIES AND INTERVENORS

In accordance with Federal Rule of Civil Procedure 7.1 and Local Rule 7.1.1, I hereby certify:

1) I am counsel for the following parties and intervenors:

| NAME | PARTY DESIGNATION |
|---|---|
| Morgan & Morgan, Jacksonville, PLLC | Defendant |
| Brad Milkwick | Defendant |
| | |
| | |
| | |

2) This is a full and complete list of officers, directors, and trustees of the above-identified parties and intervenors:

| NAME | TITLE |
|---|---|
| Morgan & Morgan Jacksonville Management, Inc. | Manager of Morgan & Morgan, Jacksonville, PLLC |
| Jason Miller | President of Morgan & Morgan Jacksonville Management, Inc. |
| James Biggart | Vice President, Secretary, and Treasurer of Morgan & Morgan Jacksonville Management, Inc. |

3) This is a full and complete list of all other persons, associations of persons, firms, partnerships, subsidiaries and parent corporations, and organizations which have a financial interest in, or another interest which could be substantially affected by, the outcome of this case, including any parent or publicly-held corporation that holds ten percent (10%) or more of a party's stock (if no such individual or entity, state NONE):

| NAME | TITLE/RELATIONSHIP |
|---|---|
| NONE | |
| | |
| | |
| | |
| | |

4) **If jurisdiction is based on diversity of citizenship, counsel must also provide the following disclosure.** This is a full and complete list of every individual or entity whose citizenship is attributable to a party or intervenor:

| NAME | RELATIONSHIP | CITIZENSHIP |
|---|---|---|
| Brandon Walker | Plaintiff | Georgia |
| Morgan & Morgan, Jacksonville, PLLC | Defendant | Florida |
| Brad Milkwick | Defendant | Georgia |
| | | |
| | | |
| | | |

<u>7/22/2024</u>
Date

                                  **BRADLEY ARANT BOULT CUMMINGS LLP**

                                  */s/ Rachel Bramblett*
                                  Rachel Bramblett
                                  Georgia Bar No. 896738

Promenade Tower
1230 Peachtree Street NE, 20th Floor
Atlanta, GA 30309
(404) 868-2100
rbramblett@bradley.com                                      *Counsel for Defendants*